H. B. LEVINE Co., INC., Appellant, v. LARRY J. MARGULIES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FELIX CAHN, Respondent, v. EDWARD JOLLES and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LEO TOVER, Respondent, v. JASON S. BAILEY Co., also Known as J. S. BAILEY Co., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, upon the ground that the moving papers show that the testimony sought to be obtained by commission was material to disprove performance on plaintiff's part of the contract in suit, the defendants having by their answers denied such performance. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JOSEPH LEVINSON, Respondent, v. LEON SUNSHINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THOMAS F. McCREADY, Respondent, v. STEPHEN WALTER, Sued as STEPHEN WALTHER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HARRY WELSH, Respondent, v. STEPHEN WALTER, Sued as STEPHEN WALTHER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

A. & B. EXPORT AND IMPORT CORPORATION v. FRANCO-AMERICAN CHEMICAL COMPANY, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

DOMENICO PESCOPAGNO v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SAMUEL COHEN and Others v. AMERICAN WOOLEN COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

HYMAN J. EPSTEIN v. HARRY EPSTEIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JAMES G. GRAHAM, as Trustee, etc., v. COLONIAL SAND AND STONE COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MARK P. ANSORGE v. SIMON DOYNE.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.